| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| | Dana Jonathon Nitz, Esq. |
| 2 | Nevada Bar No. 0050 |
| | Lindsay D. Robbins, Esq. |
| 3 | Nevada Bar No. 13474 |
| | 7785 W. Sahara Ave., Suite 200 |
| 4 | Las Vegas, NV 89117 |
| | (702) 475-7964; Fax: (702) 946-1345 |
| 5 | dnitz@wrightlegal.net |
| | lrobbins@wrightlegal.net |
| 6 | *Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2, | Case No.: 2:17-cv-00629-JAD-VCF |
| | **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| Plaintiff, | |
| vs. | **(FIRST REQUEST)** |
| REO INVESTMENT ADVISORS V LLC, PAINTED DESERT COMMUNITY ASSOCIATION; | |
| Defendants. | |
| REO INVESTMENT ADVISORS V LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2; DOES I through X and ROE BUSINESS ENTITIES I through X, | |
| Counter-Defendants. | |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2, Defendant/Counterclaimant, REO Investment Advisors V, LLC, and Defendant, Painted Desert Community Association, by and through undersigned and respective counsel of record, and hereby stipulate as follows:

The parties have completed discovery. However, the parties are requesting an extension of the dispositive motion deadline so that the parties have additional time to fully brief the Court in this matter. Further, the parties wish to explore potential settlement of this matter, which would also conserve valuable judicial resources should the parties successfully resolve their dispute without need for further judicial intervention.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until December 15, 2017, to file their respective Motions for Summary Judgment.

This is the parties first request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

DATED this 14th day of November, 2017.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
*Attorneys for Plaintiff*

DATED this 14th day of November, 2017.

ALVERSON TAYLOR MORTENSEN & SANDERS

*/s/ Adam Knecht, Esq.*
Adam Knecht, Esq.
*Attorneys for Painted Desert Community Association*

D DATED this 14th day of November, 2017.

LAW OFFICE OF HONG & HONG

*/s/ Joseph Y. Hong, Esq.*
Joseph Y. Hong, Esq.
*Attorneys for REO Investment Advisors V, LLC*

The Joint Pretrial Order is due January 16, 2018. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## ORDER

IT IS SO ORDERED.

Dated this 14th day of November, 2017.

Cam Ferenbach
United States Magistrate Judge