WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2, <br><br> Plaintiff, <br><br> vs. <br><br> REO INVESTMENT ADVISORS V LLC, PAINTED DESERT COMMUNITY ASSOCIATION; <br><br> Defendants. <br><br> REO INVESTMENT ADVISORS V LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2; DOES I through X and ROE BUSINESS ENTITIES I through X, <br><br> Counter-Defendants. | Case No.: 2:17-cv-00629-JAD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(SECOND REQUEST)** |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2, Defendant/Counterclaimant, REO Investment Advisors V, LLC, and Defendant, Painted Desert Community Association, by and through undersigned and respective counsel of record, and hereby stipulate as follows:

The Parties have completed discovery. However, the Parties are requesting an extension of the dispositive motion deadline as the Parties are currently engaged in settlement negotiations and request additional time to explore potential settlement of this matter, which would also conserve valuable judicial resources should the Parties successfully resolve their dispute without need for further judicial intervention.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until January 17, 2018, to file their respective Motions for Summary Judgment.

This is the Parties second request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| DATED this 14th day of December, 2017. | DATED this 14th day of December, 2017. |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICE OF HONG & HONG |
| /s/ Lindsay D. Robbins, Esq. | /s/ Joseph Y. Hong, Esq. |
| Lindsay D. Robbins, Esq.<br>*Attorneys for Plaintiff* | Joseph Y. Hong, Esq.<br>*Attorneys for REO Investment Advisors V, LLC* |
| DATED this 14th day of December, 2017.<br><br>ALVERSON TAYLOR MORTENSEN & SANDERS<br><br>/s/ Adam Knecht, Esq.<br>Adam Knecht, Esq.<br>*Attorneys for Painted Desert Community Association* | IT IS HEREBY ORDERED that the Joint Pretrial Order is due by February 16, 2018.<br><br>If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. |

**ORDER**

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated this 18th day of December, 2017.

Page 2 of 2