1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
   7785 W. Sahara Ave., Suite 200
4  Las Vegas, NV 89117
   (702) 475-7964; Fax: (702) 946-1345
5  dnitz@wrightlegal.net
   lrobbins@wrightlegal.net
6  *Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2, <br><br> Plaintiff, <br><br> vs. <br><br> REO INVESTMENT ADVISORS V LLC, PAINTED DESERT COMMUNITY ASSOCIATION; <br><br> Defendants. <br><br> REO INVESTMENT ADVISORS V LLC, a Nevada limited liability company, <br><br> Counterclaimant, <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2; DOES I through X and ROE BUSINESS ENTITIES I through X, <br><br> Counter-Defendants. | Case No.: 2:17-cv-00629-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** <br><br> **(THIRD REQUEST)** |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2, Defendant/Counterclaimant, REO Investment Advisors V, LLC, and Defendant, Painted Desert Community Association, by and through undersigned and respective counsel of record, and hereby stipulate as follows:

The Parties have completed discovery and are currently in settlement negotiations. The Parties are requesting an extension of the dispositive motion deadline so that the parties have the opportunity to further explore potential settlement of this matter, which would also conserve valuable judicial resources should the Parties successfully resolve their dispute without need for further judicial intervention.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of thirty (30) days, up to and until February 16, 2018, to file their respective Motions for Summary Judgment.

This is the Parties third request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

DATED this 16th day of January, 2018.　　　　DATED this 16th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP　　　　　　　　LAW OFFICE OF HONG & HONG

*/s/ Lindsay D. Robbins, Esq.*　　　　　　　　*/s/ Joseph Y. Hong, Esq.*
Lindsay D. Robbins, Esq.　　　　　　　　　　Joseph Y. Hong, Esq.
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for REO Investment Advisors V, LLC*

DATED this 16th day of January, 2018.

ALVERSON TAYLOR MORTENSEN & SANDERS

*/s/ Adam Knecht, Esq.*
Adam Knecht, Esq.
*Attorneys for Painted Desert Community Association*

**ORDER**

IT IS SO ORDERED.
Dated this 16th of January, 2018.

　　　　　　　　　　　　　　　　　　　　　　Cam Ferenbach
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge