WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2, | Case No.: 2:17-cv-00629-JCM-VCF |
| | **STIPULATION AND ORDER TO STAY PENDING SETTLEMENT** |
| Plaintiff, | |
| vs. | |
| REO INVESTMENT ADVISORS V LLC, PAINTED DESERT COMMUNITY ASSOCIATION; | |
| Defendants. | |
| REO INVESTMENT ADVISORS V LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| vs. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2; DOES I through X and ROE BUSINESS ENTITIES I through X, | |
| Counter-Defendants. | |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2, Defendant/Counterclaimant, REO Investment Advisors V, LLC, and Defendant, Painted Desert Community Association (collectively, the "Parties"), by and through undersigned and respective counsel of record, and hereby stipulate as follows:

In light of the ongoing settlement negotiations between the Parties and pending settlement offers, the parties respectfully request a stay of the litigation in an effort to avoid the costs of further litigation.

**IT IS HEREBY STIPULATED AND AGREED** that all proceedings in this lawsuit are stayed, and all upcoming deadlines, hearings and conferences, including the deadline to file dispositive motions are hereby STAYED.

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

1    **IT IS FURTHER STIPULATED AND AGREED** that in the event that a settlement is

2 not reached, any party may move to lift the stay.

3    **IT IS SO STIPULATED**.

4 DATED this 12th day of February, 2018.          DATED this 12th day of February, 2018.

5 WRIGHT, FINLAY & ZAK, LLP          LAW OFFICE OF HONG & HONG

6 */s/ Lindsay D. Robbins, Esq.*          */s/ Joseph Y. Hong, Esq.*

7 Lindsay D. Robbins, Esq.          Joseph Y. Hong, Esq.
  *Attorneys for Plaintiff*          *Attorneys for REO Investment Advisors V, LLC*

8 DATED this 12th day of February, 2018.

9
  ALVERSON TAYLOR MORTENSEN &
10 SANDERS

11 */s/ Adam Knecht, Esq.*
   Adam Knecht, Esq.
12 *Attorneys for Painted Desert Community
   Association*

13

14

15

16

17          **ORDER**

18    IT IS SO ORDERED:

19    _____

20    UNITED STATES MAGISTRATE JUDGE

21

22    DATED this __15th__ day of February, 2018.

23

24

25

26

27

28