WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11731
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2, <br><br>Plaintiff, <br><br>vs. <br><br>REO INVESTMENT ADVISORS V LLC, PAINTED DESERT COMMUNITY ASSOCIATION; <br><br>Defendants. <br><br>REO INVESTMENT ADVISORS V LLC, a Nevada limited liability company, <br><br>Counterclaimant, <br><br>vs. <br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QA2; DOES I through X and ROE BUSINESS ENTITIES I through X, <br><br>Counter-Defendants. | Case No.: 2:17-cv-00629-JCM-VCF <br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

COMES NOW Plaintiff/Counterdefendant, U.S. Bank National Association, as Trustee, for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QA2, Defendant/Counterclaimant, REO Investment Advisors V, LLC, and Defendant, Painted Desert Community Association, by and through undersigned and respective counsel of record, and hereby stipulate as follows:

**IT IS HEREBY STIPULATED AND AGREED** that any and all claims against Defendants by Plaintiff are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that any and all claims against Counterdefendants by Counterclaimant are hereby dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that that each party shall bear its own fees and costs incurred in this action.

DATED this 10th day of September, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Lindsay D. Robbins, Esq.*
Lindsay D. Robbins, Esq.
*Attorneys for Plaintiff*

DATED this 10th day of September, 2018.

LAW OFFICE OF HONG & HONG

*/s/ Joseph Y. Hong, Esq.*
Joseph Y. Hong, Esq.
*Attorneys for REO Investment Advisors V, LLC*

DATED this 10th day of September, 2018.

ALVERSON TAYLOR MORTENSEN & SANDERS

*/s/ Adam Knecht, Esq.*
Adam Knecht, Esq.
*Attorneys for Painted Desert Community Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED September 19, 2018.